# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2024

## NO. 03-23-00507-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**Williamson County, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the final judgment signed by the district court on May 19, 2023. Having reviewed the record, it appears that this cause is moot. Therefore, the Court vacates the district court's final judgment and dismisses this appeal and the underlying case for want of jurisdiction. The appellant shall pay all costs relating to this appeal.